IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION
**FILED**

NOV 21 2016

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08-103-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| BERAIAH JAMES HUGS, | |
| Defendant. | |

Pending before the Court is the unopposed motion of the United States to vacate the revocation hearing currently scheduled for November 22, 2016 (Doc. 17), pending resolution in case CR 16-87. For good cause shown,

IT IS HEREBY ORDERED that the revocation hearing scheduled for November 22, 2016 at 9:30 a.m., is VACATED.

DATED this 21st day of November, 2016.

SUSAN P. WATTERS
United States District Judge

1