FILED

FEB - 9 2017

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08-103-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| BERAIAH JAMES HUGS, | |
| Defendant. | |

Pursuant to the Plea Agreement entered between Defendant Beraiah James Hugs and the Government in CR 16-87-BLG-SPW, the Petition (Doc. 80) is hereby DISMISSED.

DATED this 8th day of February, 2017.

SUSAN P. WATTERS
United States District Judge